| | | | |
|---|---|---|---|
| Brown v. Common-<br>wealth of Pennsyl-<br>vania Dept. of<br>Revenue Bureau of<br>Individual Taxes [42] | 05/09/201666 MAL<br>(2016) | Denied | Pa.Cmwlth.,<br>127 A.3d 894 |
| Corderman v. Un-<br>employment Com-<br>pensation Bd. of<br>Review .......... | 04/20/2016034<br>WAL<br>(2016) | Denied | No. 1208 CD 2015 |
| Curry v. W.C.A.B.<br>(Brian's Profes-<br>sional Cleaning<br>and Restoration).. | 04/20/2016588<br>EAL<br>(2015) | Denied | No. 82 CD 2015 |
| Deiter Family, L.P.<br>v. City of Easton<br>Bldg. Code Bd. of<br>Appeals City of Ea-<br>ston; City of Ea-<br>ston Building Code<br>Bd. of Appeals, In<br>re .............. | 05/17/2016942<br>MAL<br>(2015) | Denied | Pa.Cmwlth.,<br>130 A.3d 795 |
| Frees v. W.C.A.B.<br>(County of Berks) | 05/03/2016719<br>MAL<br>(2015) | Denied | No. 1714 CD 2014 |
| FMRR Development<br>v. Birdsboro Mun.<br>Authority; Birds-<br>boro Mun. Author-<br>ity, In re ........ | 05/11/2016989<br>MAL<br>(2015) | Denied | Pa.Cmwlth.,<br>124 A.3d 425 |
| Gaughen LLC v.<br>Borough Council<br>of Borough of Me-<br>chanicsburg ...... | 05/10/201681, 82<br>MAL<br>(2016) | Denied | Pa.Cmwlth.,<br>128 A.3d 355 |
| Grubel v. City of<br>Philadelphia...... | 05/03/2016710<br>EAL<br>(2015) | Denied | Pa.Cmwlth.,<br>125 A.3d 881 |

42. Reconsideration Denied June 6, 2016.